1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

DAVID SCHWINDT,

CASE NO. C16-1586-JCC

10

Plaintiff,

ORDER

11

v.

12

MENZIES AVIATION, INC.,

13

Defendant.

14

15    This matter comes before the Court on Plaintiff David Schwindt's motion to compel

16  (Dkt. No. 10) and Defendant Menzies Aviation's motion for a protective order (Dkt. No. 12).

17  Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral

18  argument unnecessary and hereby GRANTS the motion to compel and GRANTS the motion for

19  protective order for the reasons explained herein.

20    As an initial matter, the Court notes that discovery motions are strongly disfavored. Here,

21  the two motions are related and it is apparent that this dispute could have been resolved without

22  the Court's interference. Plaintiff moves to compel production of Defendant's safety manual.

23  (Dkt. No. 10 at 1.) Defendant has agreed to produce the safety manual, provided Plaintiff

24  stipulate to a protective order, which Plaintiff has refused to do. (Dkt. No. 12 at 2.) Defendant

25  therefore moves for entry of a protective order substantially similar to the Western District of

26  Washington's Model Stipulated Protective Order. (*Id.* at 1.)

1   The Court is inclined to agree with both parties. The Court therefore GRANTS

2   Defendant's motion for a protective order[1] (Dkt. No. 12) and GRANTS Plaintiff's motion to

3   compel the safety manual (Dkt. No. 10). The Court notes, however, that it does not enter

4   Defendant's proposed protective order exactly as presented. Rather than state that safety manuals

5   are confidential, the order states that they, and other similar materials, may be confidential. With

6   that clarification, the Court reminds Plaintiff that even with a protective order in place, the non-

7   designating party can always challenge a confidentiality designation.

8       For the foregoing reasons, Plaintiff's motion to compel discovery (Dkt. No. 10) and

9   Defendant's motion for a protective order (Dkt. No. 12) are GRANTED. Defendant shall

10  produce the safety manual within 14 days of the entry of the protective order.

12      DATED this 13th day of July, 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

---

[1] The Protective Order itself shall be docketed as a separate entry.

ORDER
PAGE - 2