UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| DAVID SCHWINDT, | CASE NO. C16-1586-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MENZIES AVIATION, INC. et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of deadlines (Dkt. No. 25). The parties seek the following extensions:

| Mediation completion date: | From September 22, 2017 to January 19, 2018 |
|---|---|
| Deadline for trial briefs, proposed voir dire/jury instructions | From January 29, 2018 to May 29, 2018 |
| Trial date | From February 5, 2018 to June 4, 2018 |
| Dispositive motion deadline | No change – 90 days before trial |
| Discovery cutoff | No change – 120 days before trial |

1  The Court, finding good cause, PARTIALLY GRANTS the motion to extend, extending

2  the deadlines as follows:

| Mediation completion date: | From September 22, 2017 to December 8, 2017 |
|---|---|
| Deadline for trial briefs, proposed voir dire/jury instructions | From January 29, 2018 to April 16, 2018 |
| Trial date | From February 5, 2018 to April 23, 2018 (9:30am) |
| Dispositive motion deadline | No change – 90 days before trial |
| Discovery cutoff | No change – 120 days before trial |

DATED this 5th day of September 2017.

                                            William M. McCool
                                            Clerk of Court

                                            s/Paula McNabb
                                            Deputy Clerk

MINUTE ORDER C16-1586-JCC
PAGE - 2