THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID SCHWINDT,<br><br>    Plaintiff,<br><br> v.<br><br>MENZIES AVIATION, INC., *et al.*,<br><br>    Defendants. | CASE NO. C16-1586-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to stay proceedings (Dkt. No. 27). The parties inform the Court that they have agreed on a settlement, which is pending the finalization of settlement paperwork. (*Id.*) The parties jointly request that all case deadlines in this matter be stayed pending the filing of a stipulation of dismissal with prejudice. (*Id.*) The motion is GRANTED. All case deadlines, including discovery-related deadlines, are stayed in this matter.

DATED this 5th day of December 2017.

                William M. McCool
                Clerk of Court

                s/Tomas Hernandez
                Deputy Clerk